NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KEVIN RANDALL HUNT,     )
)
     Appellant,     )
)
v.     )     Case No. 2D18-4375
)
STATE OF FLORIDA,     )
)
     Appellee.     )
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark Carpanini,
Judge.

Kevin Randall Hunt, pro se.

PER CURIAM.

Affirmed.

BLACK, BADALAMENTI and ATKINSON, JJ., Concur.